Geary, Appellant, *v.* United States Steel Corporation.

Argued November 12, 1971. *Paul H. Titus,* with him *Kaufman & Kaufman,* for appellant; *Paul A. Manion,* with him *Thomas R. Wright,* and *Reed, Smith, Shaw & McClay,* for appellee.

Order affirmed.

SPAULDING, J., absent.